# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

KAREN WILLIAMS

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

Case No. 2:15-cv-10577

Honorable Gerald E. Rosen

---

| | |
|---|---|
| Gary D. Nitzkin (P41155) | Theodore W. Seitz (P60320) |
| Travis L. Shackelford (P68710) | Aaron L. Vorce (P68797) |
| Attorneys for Plaintiff | Dykema Gossett PLLC |
| 22142 W. Nine Mile Rd. | Attorneys for Defendant |
| Southfield, MI 48033 | 201 Townsend St., Suite 900 |
| (248) 353-2882 | Lansing, MI 48933 |
| gary@micreditlawyer.com | (517) 374-9100 |
| | tseitz@dykema.com |
| | avorce@dykema.com |

---

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

    This matter having come before the Court on the Stipulation of the parties and the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that for good cause shown and upon agreement of the parties, Plaintiff's action is dismissed with prejudice, and without costs or attorneys' fees to any party.

IT IS SO ORDERED.

Dated: March 05, 2015     s/Gerald E. Rosen
                          Honorable Gerald E. Rosen

Stipulated as to entry:

By: */s/ Gary D. Nitzkin (w/permission)*  By: */s/ Aaron L. Vorce*
Gary D. Nitzkin (P41155)                  Theodore W. Seitz (P60320)
Attorneys for Plaintiff                   Aaron L. Vorce (P68797)
22142 W. Nine Mile Rd.                    Dykema Gossett PLLC
Southfield, MI 48033                      Attorneys for Defendant
(248) 353-2882                            201 Townsend St., Suite 900
gary@micreditlawyer.com                   Lansing, MI 48933
                                          (517) 374-9100
                                          tseitz@dykema.com
                                          avorce@dykema.com